IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| NATIVE CDFI NETWORK INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 26-646 |
| v. | ) | |
| | ) | Judge Holte |
| UNITED STATES, | ) | |
| Defendant, | ) | |

**<u>DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME</u>**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 60-day enlargement of time within which to file the Government's response to plaintiff's complaint. The Government's response is currently due on July 3, 2026. A 60-day enlargement of time would move the Government's response deadline to Tuesday, September 1, 2026.

This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Native CDFI Network Inc. (NCN), has represented that it does not oppose a 30-day extension of the deadline for the government's answer to the complaint.

NCN filed its complaint on May 4, 2026. NCN further moved to transfer its to Judge Dietz as directly related to Case No. 26-562 filed by Appalachian Community Capital Corporation (ACC). because these cases "involve common issues of fact . . . ." ECF 7-1 at 1-2. ACC and NCN are two of the five grantees of EPA's Clean Communities Investment Accelerator (CCIA) program that was terminated. *Id*. at 1. NCN's complaint extensively cites and discusses developments in another proceeding relating to the CCIA program pending in the District Court for the District of Columbia, *Climate United Fund v. Citibank, N.A. et al*., which

entered a preliminary injunction currently under *en banc* review by the Court of Appeals for the District of Columbia. *See, e.g.,* Compl. ¶¶ 84-90.

The undersigned counsel was assigned to represent the Government on May 29, 2026, against NCN in addition to his earlier assignment to ACC's case. Enlargement of time is necessary to ensure that undersigned counsel has sufficient time to gather and evaluate information relevant to the allegations and assertions contained in the complaints filed by both ACC and NCN, including the assertions relating to the *Climate United* case.

For these reasons, we respectfully request that the Court grant our motion for an enlargement of time by 60 days within which to respond to the complaint in this case. By granting this motion, the resulting deadline for the Government to respond would become Tuesday, September 1, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

WILLIAM J. GRIMALDI
Assistant Director

*/s Nelson Kuan*
NELSON KUAN
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 307-0335
E-mail: nelson.kuan@usdoj.gov
Counsel for Defendant

2